UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CASE NO.: 25-01482
CHAPTER 13

Frank Barrett,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 07004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Robert Shearer
        Robert Shearer
        Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on June 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

FRANK BARRETT
2148 VISTA CIRCLE
E. STROUDSBURG, PA 18302

And via electronic mail to:

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

            By: /s/ Amber Matas