United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01482-MJC |
| Frank Barrett | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jul 01, 2025 | Form ID: ntnoshow | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Barrett, 2148 Vista Circle, E. Stroudsburg, PA 18302-6628 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5714682 | | ^ MEBN | Jul 01 2025 19:05:59 | APEX ASSET MANAGEMENT, 2501 OREGON PIKE SUITE 120, LANCASTER, PA 17601-4890 |
| 5714683 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 01 2025 19:17:22 | CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 5714690 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2025 19:43:09 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5714696 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jul 01 2025 19:17:00 | CBEGROUP, 1309 TECHNOLOGY PKWY, CEDAR FALLS, IA 50613-6976 |
| 5718181 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2025 19:29:50 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5714687 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 01 2025 19:29:48 | DEPT OF ED/AIDV, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 5714695 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 01 2025 19:45:38 | DEPT OF ED/AIDVANTAGE, 1600 TYSON BOULEVARD, ST, MCLEAN, VA 75403 |
| 5714688 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 01 2025 19:31:16 | JPMCB HOME LENDING, 700 KANSAS LANE MAIL, CODE LA4-6945, MONROE, LA 71203-4774 |
| 5714694 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 01 2025 19:29:58 | JPMCBHOME, 700 KANSAS LN, MONROE, LA 71203-4774 |
| 5714842 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 01 2025 19:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5714685 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 01 2025 19:45:45 | REGIONAL ACCEPTANCE, 1424 EAST FIRE TOWER ROAD, GREENVILLE, NC 27858-4105 |
| 5714693 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 01 2025 19:45:45 | REGIONAL ACCEPTANCE CO, 970N COITRD, RICHARDSON, TX 75080-5416 |
| 5722989 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 01 2025 19:45:45 | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5714681 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 01 2025 19:17:00 | SALLIE MAE BANK, PO BOX3229, WILMINGTON, DE 19804-0229 |
| 5714689 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | Jul 01 2025 19:17:00 | SELECT PORTFOLIO SERVICl, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-0505 |
| 5714692 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 01 2025 19:17:00 | SELECT PORTFOLIO SVCIN, PO BOX65250, SALT LAKE CITY, UT 84165-0250 |
| 5714684 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jul 01 2025 19:17:00 | THE CBE GROUP INC-FORMER, 131 TOWER PARK DRIVE SUITE, 100 PO BOX 900, WATERLOO, IA 50704-0900 |
| 5714686 | ^ | MEBN | Jul 01 2025 19:06:18 | TOYOTA MOTOR CREDIT, CREDIT DISPUTE RESEARCH TEAM, PO BOX 661009, DALLAS, TX 75266-1009 |
| 5714691 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 01 2025 19:17:00 | TOYOTA MOTOR CREDIT CO, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 5722050 | + | Email/Text: RASEBN@raslg.com | Jul 01 2025 19:17:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5714698 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 5714697 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert Shearer | on behalf of Creditor U.S. Bank Trust Company National Association rshearer@raslg.com |

United States Trustee　　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
| --- | --- |
| Frank Barrett, | Chapter 13 |
| **Debtor 1** | Case No. 5:25−bk−01482−MJC |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **July 21, 2025** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **July 21, 2025**.

**If no objections are filed by July 21, 2025, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
| --- | --- |
| Max Rosenn U.S. Courthouse | Seth F. Eisenberg |
| 197 South Main Street | Clerk of the Bankruptcy Court: |
| Wilkes−Barre, PA 18701 | By: ChristopherGambini, Deputy Clerk |
| (570) 831−2500 | |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 1, 2025 |

ntnoshow (07/18)