FILED
**July 9, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Frank Barrett Debtor

Chapter 13
Case No.: 5:25-bk-01482-MJC

## OBJECTION TO NOTICE OF INTENTION TO DISMISS CASE AND REQUEST TO RESCHEDULE 341 MEETING OF CREDITORS

COMES NOW, the Debtor, Frank Barrett, appearing pro se, and files this Objection to the Notice of Intention to Dismiss Bankruptcy Case entered on July 1, 2025, and respectfully requests the Court to refrain from dismissing this case for the following reasons:

1. The Debtor did not appear at the originally scheduled 341 Meeting of Creditors because he did not receive notice of the scheduled date and time.

2. The Debtor fully intends to proceed with this Chapter 13 bankruptcy case and is actively working to comply with all court requirements, including motions currently pending before the Court.

3. The Debtor respectfully requests that the Court reschedule the 341 Meeting of Creditors at the earliest convenience. The Debtor is fully committed to attending the rescheduled meeting and complying with all necessary procedures.

WHEREFORE, the Debtor respectfully requests that this Honorable Court:
(a) Accept this Objection to the Notice of Intention to Dismiss;
(b) Permit this case to remain active;
(c) Reschedule the 341 Meeting of Creditors; and
(d) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Frank Barrett*

Frank Barrett (Pro Se)
2148 Vista Circle
East Stroudsburg, PA 18302
Email: baretman@aol.com
Dated: 07/07/2025