United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Frank Barrett

    Debtor

Case No. 25-01482-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5             User: AutoDocke             Page 1 of 1

Date Rcvd: Jul 29, 2025             Form ID: ortext             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

**Recip ID**             **Recipient Name and Address**
db             +   Frank Barrett, 2148 Vista Circle, E. Stroudsburg, PA 18302-6628

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025             Signature:             /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert Shearer | on behalf of Creditor U.S. Bank Trust Company National Association rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Frank Barrett

**Debtor 1**

Chapter: 13

Case number: 5:25–bk–01482–MJC

## ORDER

Order– Hearing Held. Notice of Intent to Dismiss Case for failure to appear at the 341 meeting is Denied without Prejudice. Debtor must appear at the next scheduled 341 meeting, otherwise, upon Certification of Default by the Trustee, the case will be dismissed without further notice. IT IS SO ORDERED. /s/ Mark J. Conway. Record made. (RE: related document(s)[35]). (Price, Lyndsey)

Order Text Entries (Form ortext) (2/19)