UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     FRANK BARRETT, | : |
|         Debtor | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
| STANDING CHAPTER 13 TRUSTEE, | : |
|         Movant | : |
| | : |
|     vs. | : |
| | : |
| FRANK BARRETT, | : |
|         Respondent | : CASE NO. 5-25-bk-01482-MJC |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 13th day of August 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

1. Debtor's Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor has access to non-exempt equity in the following:

    a. Residential real estate. Trustee requests proof of the value of Debtor's home as stated in his schedules.

2. Trustee avers that Debtor's Plan is not feasible based upon the following:

    a. Insufficient Monthly Net Income as indicated on Schedules I and J.
    b. The Plan is underfunded relative to claims to be paid.

3. Trustee provides notice to the Court as to the ineffectiveness of Debtor's Chapter 13 Plan for the following reason:

    a. Failure to use the Model Plan as adopted by the Court.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

    a. deny confirmation of Debtor's Plan;

    b. dismiss or convert Debtor's case; and
    c. provide such other relief as is equitable and just.

                          Respectfully submitted:

                          Jack N. Zaharopoulos
                          Standing Chapter 13 Trustee
                          8125 Adams Drive, Suite A
                          Hummelstown, PA 17036
                          (717) 566-6097

                 BY: /s/ Agatha R. McHale, Esquire
                          Attorney for Trustee

## CERTIFICATE OF SERVICE

      AND NOW, this 13th day of August 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Frank Barrett
2148 Vista Circle
East Stroudsburg, PA 18302

                                                  /s/ Derek M. Strouphauer, Paralegal
                                                  Office of Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee