United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01482-MJC |
| Frank Barrett | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Aug 11, 2025 | Form ID: ntcnfhrg | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Barrett, 2148 Vista Circle, E. Stroudsburg, PA 18302-6628 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5714682 | ^ | MEBN | Aug 11 2025 18:37:32 | APEX ASSET MANAGEMENT, 2501 OREGON PIKE SUITE 120, LANCASTER, PA 17601-4890 |
| 5728313 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2025 18:53:08 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5714683 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 11 2025 18:43:14 | CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 5714690 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2025 18:53:16 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5714696 | + | Email/Text: bankruptcynotices@cbecompanies.com | Aug 11 2025 18:43:00 | CBEGROUP, 1309 TECHNOLOGY PKWY, CEDAR FALLS, IA 50613-6976 |
| 5718181 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2025 18:42:34 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5714687 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 11 2025 18:53:04 | DEPT OF ED/AIDV, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 5714695 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 11 2025 18:54:40 | DEPT OF ED/AIDVANTAGE, 1600 TYSON BOULEVARD, ST, MCLEAN, VA 75403 |
| 5729217 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2025 18:43:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5714688 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 11 2025 18:53:06 | JPMCB HOME LENDING, 700 KANSAS LANE MAIL, CODE LA4-6945, MONROE, LA 71203-4774 |
| 5714694 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 11 2025 18:41:32 | JPMCBHOME, 700 KANSAS LN, MONROE, LA 71203-4774 |
| 5728314 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2025 18:53:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5728356 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 11 2025 18:43:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5714842 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2025 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5714685 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5714693 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 11 2025 18:54:45 | REGIONAL ACCEPTANCE, 1424 EAST FIRE TOWER ROAD, GREENVILLE, NC 27858-4105 |
| 5722989 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 11 2025 18:54:45 | REGIONAL ACCEPTANCE CO, 970N COITRD, RICHARDSON, TX 75080-5416 |
| | | | Aug 11 2025 18:54:45 | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5714681 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 11 2025 18:43:00 | SALLIE MAE BANK, PO BOX3229, WILMINGTON, DE 19804-0229 |
| 5714689 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 11 2025 18:43:00 | SELECT PORTFOLIO SERVICl, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-0505 |
| 5714692 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 11 2025 18:43:00 | SELECT PORTFOLIO SVCIN, PO BOX65250, SALT LAKE CITY, UT 84165-0250 |
| 5714684 | + | Email/Text: bankruptcynotices@cbecompanies.com | Aug 11 2025 18:43:00 | THE CBE GROUP INC-FORMER, 131 TOWER PARK DRIVE SUITE, 100 PO BOX 900, WATERLOO, IA 50704-0900 |
| 5714686 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 11 2025 18:43:00 | TOYOTA MOTOR CREDIT, CREDIT DISPUTE RESEARCH TEAM, PO BOX 661009, DALLAS, TX 75266-1009 |
| 5714691 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 11 2025 18:43:00 | TOYOTA MOTOR CREDIT CO, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 5731344 | | Email/Text: bankruptcy@mtabt.org | Aug 11 2025 18:43:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 5722050 | + | Email/Text: RASEBN@raslg.com | Aug 11 2025 18:42:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5731728 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 11 2025 18:43:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5714698 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 5714697 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2025　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert Shearer | on behalf of Creditor U.S. Bank Trust Company National Association rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Frank Barrett,   Chapter   13

    **Debtor 1**

Case No.   5:25−bk−01482−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 11, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 18, 2025<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 11, 2025 |

ntcnfhrg (08/21)