| In re: | Case No. 25-01482-MJC |
|---|---|
| Frank Barrett | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: pdf010 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Barrett, 2148 Vista Circle, E. Stroudsburg, PA 18302-6628 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5714682 | ^ | MEBN | Oct 14 2025 19:11:39 | APEX ASSET MANAGEMENT, 2501 OREGON PIKE SUITE 120, LANCASTER, PA 17601-4890 |
| 5728313 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2025 19:17:07 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5714683 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 14 2025 19:17:35 | CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 5714690 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2025 19:17:07 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5714696 | + | Email/Text: bankruptcynotices@cbecompanies.com | Oct 14 2025 19:17:00 | CBEGROUP, 1309 TECHNOLOGY PKWY, CEDAR FALLS, IA 50613-6976 |
| 5718181 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2025 19:17:03 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5714687 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 14 2025 19:16:58 | DEPT OF ED/AIDV, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 5714695 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 14 2025 19:16:58 | DEPT OF ED/AIDVANTAGE, 1600 TYSON BOULEVARD, ST, MCLEAN, VA 75403 |
| 5729217 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 14 2025 19:17:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5714688 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 14 2025 19:17:07 | JPMCB HOME LENDING, 700 KANSAS LANE MAIL, CODE LA4-6945, MONROE, LA 71203-4774 |
| 5714694 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 14 2025 19:17:02 | JPMCBHOME, 700 KANSAS LN, MONROE, LA 71203-4774 |
| 5728314 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2025 19:16:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5728356 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 14 2025 19:17:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5714842 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2025 19:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5714685 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 14 2025 19:28:11 | REGIONAL ACCEPTANCE, 1424 EAST FIRE TOWER ROAD, GREENVILLE, NC 27858-4105 |
| 5714693 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 14 2025 19:28:11 | REGIONAL ACCEPTANCE CO, 970N COITRD, RICHARDSON, TX 75080-5416 |
| 5722989 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 14 2025 19:28:11 | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5714681 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 14 2025 19:17:00 | SALLIE MAE BANK, PO BOX3229, WILMINGTON, DE 19804-0229 |
| 5714689 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 14 2025 19:17:00 | SELECT PORTFOLIO SERVICl, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-0505 |
| 5714692 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 14 2025 19:17:00 | SELECT PORTFOLIO SVCIN, PO BOX65250, SALT LAKE CITY, UT 84165-0250 |
| 5714684 | + | Email/Text: bankruptcynotices@cbecompanies.com | Oct 14 2025 19:17:00 | THE CBE GROUP INC-FORMER, 131 TOWER PARK DRIVE SUITE, 100 PO BOX 900, WATERLOO, IA 50704-0900 |
| 5714686 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 14 2025 19:17:00 | TOYOTA MOTOR CREDIT, CREDIT DISPUTE RESEARCH TEAM, PO BOX 661009, DALLAS, TX 75266-1009 |
| 5714691 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 14 2025 19:17:00 | TOYOTA MOTOR CREDIT CO, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 5731344 | | Email/Text: bankruptcy@mtabt.org | Oct 14 2025 19:17:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 5722050 | + | Email/Text: RASEBN@raslg.com | Oct 14 2025 19:17:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5731728 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 14 2025 19:17:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5714698 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 5714697 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf010 | Total Noticed: 27 |

Date: Oct 16, 2025   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert Shearer | on behalf of Creditor U.S. Bank Trust Company National Association rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| FRANK BARRETT | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 5:25-bk-01482-MJC |

### ORDER DISMISSING FOR FAILURE TO COMPLY WITH ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 55, certifying Debtor's failure to comply with this Court's Order of September 18, 2025, directing Debtor to file an Amended Plan within fourteen (14) days from the date thereof, Doc. 52 ("Order"), and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-captioned case of the Debtor be and it is hereby **DISMISSED** for Debtor's failure to comply with the Order.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 14, 2025